NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRITA LP,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ZERO TECHNOLOGIES, LLC, CULLIGAN INTERNATIONAL CO., VESTERGAARD FRANDSEN INC., d/b/a LifeStraw, KAZ USA, INC., HELEN OF TROY LIMITED,**
*Intervenors*

---

2024-1098

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1294.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Zero Technologies, LLC, Culligan International Co., Vestergaard Frandsen Inc. d/b/a

2                                                        BRITA LP v. ITC

LifeStraw, Kaz USA, Inc., and Helen of Troy Limited's un-
opposed timely motions to intervene,

IT IS ORDERED THAT:

The motions are granted.  The official caption is revised
as reflected in this order.

FOR THE COURT

_November 30, 2023_
Date

Jarrett B. Perlow
Clerk of Court