No. 2024-1098

# United States Court of Appeals
# for the Federal Circuit

BRITA LP,

*Appellant*

v.

INTERNATIONAL TRADE COMMISSION,

*Appellee*

ZERO TECHNOLOGIES, LLC, CULLIGAN INTERNATIONAL CO., VESTERGAARD FRANDSEN INC., d/b/a LifeStraw, KAZ USA, INC., HELEN OF TROY LIMITED,

*Intervenors.*

Appeal from the United States International Trade Commission, Investigation No. 337-TA-1294

## INTERVENORS ZERO TECHNOLOGIES, LLC AND CULLIGAN INTERNATIONAL CO.'S NOTICE OF WITHDRAWAL OF NON-PRINCIPAL COUNSEL PHILLIP D. WOLFE

John Letchinger
BAKER & HOSTETLER LLP
One North Wacker Drive
Suite 4500
Chicago, IL 60606
(312) 416-6206

Jared Brandyberry
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO 80202
(303) 764-4072

February 29, 2024

Alaina Lakawicz
BAKER & HOSTETLER LLP
1735 Market Street
Suite 3300
Philadelphia, PA 19103
(215) 564-2576

*Attorneys for Zero Technologies, LLC and Culligan International Co.*

Please take notice that Phillip D. Wolfe, appearing on November 17, 2023 (Dkt. No. 7), is immediately withdrawing as counsel for Zero Technologies, LLC and Culligan International Co. ("Intervenors") in the above-captioned case.  Mr. Wolfe is separating from Baker & Hostetler LLP.  All other counsel for Intervenors will remain as counsel of record.


Dated:  February 29, 2024                    */s/ John Letchinger*
                                             John Letchinger
                                             **BAKER & HOSTETLER LLP**
                                             One North Wacker Drive Suite 4500
                                             Chicago, IL 60606
                                             (312) 416-6206

                                             Jared Brandyberry
                                             **BAKER & HOSTETLER LLP**
                                             1801 California Street
                                             Suite 4400
                                             Denver, CO 80202
                                             (303) 764-4072

                                             Alaina Lakawicz
                                             **BAKER & HOSTETLER LLP**
                                             1735 Market Street
                                             Suite 3300
                                             Philadelphia, PA 19103
                                             (215) 564-2576

                                             *Attorneys for Intervenors Zero Technologies, LLC and Culligan International Co.*