FORM 8A. Entry of Appearance                                    Form 8A (p.1)
                                                                July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### ENTRY OF APPEARANCE

**Case Number:** 2024-1098

**Short Case Caption:** Brita LP v. ITC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Kaz USA, Inc., Helen of Troy Limited

| **Principal Counsel:** | Admission Date: |
|---|---|
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

| **Other Counsel:** Katherine Rubschlager | Admission Date: 12/06/2023 |
|---|---|
| Firm/Agency/Org.: Alston & Bird LLP | |
| Address: 560 Mission Street, Suite 2100, San Francisco, CA 94105 | |
| Phone: (415) 243-1000 | Email: katherine.rubschlager@alston.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 3/21/24          Signature: /s/ Katherine Rubschlager

                       Name: Katherine Rubschlager