NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**BRITA LP,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ZERO TECHNOLOGIES, LLC, CULLIGAN
INTERNATIONAL CO., VESTERGAARD
FRANDSEN INC., d/b/a LifeStraw, KAZ USA, INC.,
HELEN OF TROY LIMITED,**
*Intervenors*

---

2024-1098

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1294.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the ITC and intervenors' joint motion for an extension of time, until June 24, 2024, to file the response briefs, and Brita LP's opposition,

2                                                        BRITA LP v. ITC

IT IS ORDERED THAT:

The motion is granted.  No further extensions of time should be anticipated for the response briefs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 29, 2024
Date