No. 24-1098

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**BRITA LP,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**ZERO TECHNOLOGIES, LLC; CULLIGAN INTERNATIONAL CO.; VESTERGAARD FRANDSEN INC., D/B/A LIFESTRAW; KAZ USA, INC.; HELEN OF TROY LIMITED,**
*Intervenors.*

On Appeal from the United States International Trade Commission,
Investigation No. 337-TA-1294

### NOTICE OF CORRECTION

DOMINIC L. BIANCHI
General Counsel
Telephone (202) 205-3365

HOUDA MORAD
Acting Assistant General Counsel
Telephone (202) 708-4716

PANYIN A. HUGHES
Attorney for Appellee
Office of the General Counsel
U.S. International Trade Commission
500 E Street SW, Suite 707
Washington, DC 20436
Telephone (202) 205-3042

Dated: July 18, 2024

Pursuant to Federal Circuit Rule 25(i)(3), Appellee the International Trade Commission ("the Commission") respectfully submits the concurrently-filed Corrected Response Brief which corrects inadvertent errors in Appendix citations on pages 8, 20, 29, 44, and 55 of the Commission's original brief. The errors are due to the parties' inadvertent assignment of different Appendix pages to the same documents. Below is a description of the corrected text:

- On page 8, the citations to "Appx35001-35003" and "Appx35004" were corrected to "Appx41111-41113" and "Appx41077," respectively.

- On page 20, the citation to "Appx35005-35007" was corrected to "Appx35006-35007."

- On page 29, the citations to "Appx35001-35003" and "Appx35004" were corrected to "Appx41111-41113" and "Appx41077," respectively.

- On page 44, the citation to "Appx35001-35004" was corrected to "Appx41111-41113."

- On page 55, the citation to "Appx35005-35007" was corrected to "Appx35006-35007."

No other changes have been made to the substance of the Commission's Corrected Response Brief.

        Respectfully submitted,

        <u>/s/   Panyin A. Hughes</u>
        Dominic L. Bianchi
          General Counsel
        Houda Morad
          Acting Assistant General Counsel
        Panyin A. Hughes
          Attorney Advisor
        Office of the General Counsel
        U.S. International Trade Commission
        500 E Street SW, Suite 707
        Washington, DC 20436
        Tel:  (202) 205-3042
        Fax:  (202) 205-3111
        panyin.hughes@usitc.gov

        *Counsel for Appellee*
        *International Trade Commission*

Date:  July 18, 2024