| FORM 32. Response to Notice to Advise of Scheduling Conflicts | Form 32 |
|---|---:|
| | March 2023 |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2024-1098

**Short Case Caption:** Brita LP v. ITC

**Party Name(s):** Zero Technologies, LLC and Culligan International Co.

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

**Argument Waiver**    ☐ My party intends to waive oral argument.

NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form.

**Other Parties Representing Interests**

☐ Counsel for another party will represent my party's interests at oral argument

NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party.

**Name of Expected Arguing Counsel** | John Letchinger

**Dates Unavailable**

Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?

☒ Yes    ☐ No

If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34.

FORM 32. Response to Notice to Advise of Scheduling Conflicts                                Form 32
                                                                                              March 2023

**Potential Case Conflicts**

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

☐ Yes    ☑ No

If yes, attach a separate sheet listing those cases.

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 08/20/2024        Signature: /s/ John Letchinger

                        Name:      John Letchinger

# BakerHostetler

Baker&Hostetler LLP

One North Wacker Drive
Suite 3700
Chicago, IL 60606-2859

T 312.416.6200
F 312.416.6201
www.bakerlaw.com

John Letchinger
direct dial: 312.416.6206
jletchinger@bakerlaw.com

August 20, 2024

**VIA ECF**

Jarrett B. Perlow
Circuit Executive & Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

Re:  Response to Notice to Advise of Scheduling Conflicts, *Brita LP v. ITC*, No. 24-1098

Dear Mr. Perlow:

I am principal counsel to Intervenors Zero Technologies, LLC and Culligan International Co. in this appeal. I submit this statement in response to the Court's Notice to Advise of Scheduling Conflicts (ECF No. 51) and pursuant to Federal Circuit Rule 34(d)(3), which requires arguing counsel to describe the good cause for each identified scheduling conflict.

Jarrett B. Perlow
August 20, 2024
Page 2

| Dates Unavailable | Reason |
|---|---|
| December 2-6, 2024 | Scheduled participation in a trial the week immediately following the oral argument session, and scheduled travel to the trial location. *See Brinker Int'l, Inc. et al. v. US Foods, Inc. and Services Group of America, Inc.*, Dist. Court of Dallas Cnty., TX, 160th Judicial Dist., Case. No. DC-00224. |
| January 6-10, 2025 | Pre-planned vacation and family engagement. |

Respectfully submitted,

*/s/ John Letchinger*


John Letchinger
Partner